```
 1  MICHAEL L. SWAIN (133260)
    ROSS I. LANDAU (259260)                        JS - 6
 2  SWAIN & DIPOLITO LLP
    555 East Ocean Boulevard, Suite 600
 3  Long Beach, California  90802-5052
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: mswain@swaindipolito.com
 5          rlandau@swaindipolito.com

 6  Attorneys for Defendants,
    HANJIN SHIPPING CO., LTD.
 7
```

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADAMJEE INSURANCE CO., LTD., a foreign corporation, | ) ) ) | Case No. CV 09-5502 RSWL (VBKx) |
| Plaintiff, | ) ) | Honorable Ronald S.W. Lew |
| v. | ) ) | ORDER FOR CONDITIONAL DISMISSAL |
| HANJIN SHIPPING COMPANY, LTD., a foreign corporation; and DOES ONE through TEN, | ) ) ) ) | |
| Defendants. | ) ) | |

///

///

///

1  WHEREAS the parties, Plaintiff ADAMJEE INSURANCE COMPANY, LTD. and Defendant HANJIN SHIPPING COMPANY, LTD. have stipulated to conditionally dismiss the captioned action;

2  IT IS HEREBY ORDERED that the Complaint be and is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees, subject to reopening within 60 days hereof in the event settlement is not consummated.

DATED: November 10, 2009

/s/
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge